FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

JUL 2 9 2019

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

MARCUS DEANGELO JONES, A/k/A,
MARCUS DEANGELO LEE,

      Petitioner.

vs.

                                Case No. 2:19-cv-00096-KGB-JTR

DEWAYNE HENDRIX, Warden,

      Respondent.

<u>AFFIDAVIT OR DECLARATION OF MARCUS DEANGELO JONES</u>

    I Marcus Deangelo Jones a/k/a Marcus Deangelo Lee, do hereby depsoe,
declare and State the following:

    1.    I am the Petitioner in this Case. I am over the age of 18 years
of age. I have been in the Custody of the Federal Bureau of Prisons since
2001. I am fully competent and have personal knowledge of the facts in this
Affidavit/Declaration.

    2.    I am currently serving a 330 month aggregated sentence to be followed
by 5 years of Supervised release. The larger and relevant sentence is a 327
month sentence for being a felon in possession of a firearm in violation of
18 U.S.C. §922(g); 924(e); and making a false Statement in Connection with
the purchase of a firearm in violation of 18 U.S.C. § 922(a)(6) and 924(a).
See (Exhibit #A pg.s 1-3, Indictment)

    3.    I plead not guilty to the charges and proceeded to trial. I was
not put on notice by the indictment or the Court that the Government was required
to prove that I "knowingly" violated the statute concerning my status  and
the Court did not require the Government to prove a "Knowing" violation of

MJ
Initials

the law in giving the jury instructions. See (Exhibit #E pgs. 7-8, Jury Instruction except of the Trial Transcript).

4    Whenever I was stopped by the Police, and was in possession of the Firearm. I notified the Police of my Possession.  Because I did not believe that my possession of the firearm violated any laws. See (Exhibit #B pgs.1-7. Trial Transcript Excerpt of Testimony of Officer M. Buckner).

5.    On 8-16-99, I was stopped by Police Officer Buckner and other Officers of the Columbia Police Department. I did not coceal the firearm, because I thought my actions were legal. Again on  10/9/99, I informed the Officer of my possession of the firearm, during an act of self-defense.

6.    I never changed my name with the intent to deceive anyone. My name change was out of my control.

7.    In 1978, the State Juvenil Court ordered my name to be changed from  Marcus DeAngelo Lee  to "Marcus Deangelo Jones". (Exhibit #D pg. 3).

8.    The Tennessee Department of Health Vital Record Division did not issue a New birth Certificate or Execute the name change until 1999. See (Exhibit #D pgs. 1-2)

9.    I had no control over my name change that was ordered in  1978. I had no knowledge of that order. I was only 3 years old at that time.

10.    I had no knowledge of the existence of my prior conviction until I was  informed that they existed at the time of my arrest at my place of employment by Officer Ben White of the Clombia Police Department.

11.    When I went to inquire about the purchase of the Firearm, I informed the Pawnshop Owner that, my prior conviction were suppose to have been expunged when we discussed a question on the firearms application in which I wrote

page 2 of 4

M.J
Initials

a yes on the firarms form. I was then told, not to complete the form, and go through the background check, and if the prior convictions were expunged the background check would not show the conviction and I could purchase the weapon, but If the prior convictions exist that I could not purchase the weapon. See (Exhibit #E pgs. 3-6)

12. I provided the Pawnshop Owner and the Sheriff's Office a copy of My State Identification containing my Social Security number.

13. Both the Pawnshop Owner and Sheriff's Department conducted background checks and informed me that I could legally and lawfully possess a firearm.

14. The Pawshop Owner and sheriff informed me that I was no longer a convicted felon, and I believed the Law Enforcement Officer.

15. I was mislead by the Sheriff of the Callaway County, Missouri Sheriff's Department. I did not obtain a copy of the Criminal Background checks until the years of 2005 and 2003 from the Freedom of Information Acts.

16. The records reflects that The pawnshop Owner and sheriff conducted the Criminal Background checks with my Social securty Number and it reveiled that I have a prior criminal record. (Exhibit #C pgs.1-13).

17. I relied on the affirmation of the Callaway County Sheriff, the Chief Law Enforcement Officer of the County in which I lived, responsible for enforcing the law. If I sould not believe the Police/Sheriff who could I believe.

18. If the Sheriff told me that I could not possess a firearm. I would not have possessed that firearm.

19.    Even in considering my case from hindsight, the State Court Judge, Prosecutor, of Lawyer never informed my that by pleading guilty to the State charged in 1995, that those convictions would prohibit me from possessing a firearm. (~~████████████~~) I had no knowledge that a conviction for non-violent crimes prohibited the possession of a firearm.

I declare under the penalty of perjury pursant to 28 U.S.C. 1746, that the above statements are true and correct.

Executed on this _28_ day of July, at Forrest City, Arkansas.

Signature of Affiant
Marcus DeAngelo Jones

page 4 of 4



EXHIBIT #A



IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  00-040 10 -01-CR-C-2 |
| Plaintiff, | ) | |
| | ) | Counts 1 and 3: |
| v. | ) | 18 U.S.C. § 922(g)(1): NLT 15 years |
| | ) |    NMT life and/or $250,000 |
| MARCUS DEANGELO JONES | ) |    Supervised Release: NMT 5 years |
| a/k/a "MARCUS DEANGELO LEE," | ) | |
| [DOB: 07/01/76] | ) | Count 2: |
| | ) | 18 U.S.C. § 922(a)(6): NMT 5 years |
| | ) |    and/or $250,000 |
| Defendant. | ) |    Supervised Release: NMT 3 years |
| | ) | |
| | ) | $100 mandatory penalty |
| | ) | assessment, each Count |

**ORIGINAL**

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT 1
#### (Felon in Possession of a Firearm)

1.   On or about October 9, 1999, at or near Columbia, in
Boone County, in the Western District of Missouri, MARCUS DEANGELO
JONES a/k/a Marcus Deangelo Lee, defendant, having been previously
convicted of a crime punishable for a term exceeding one year, did
possess in and affecting commerce a firearm, namely: a Makarov 9mm
semi-automatic handgun, serial number AK05154, importer assigned
serial number RS01263.

2.   Prior to the possession, defendant had been previously
convicted of the following crimes (felonies) punishable for a term
exceeding one year, in the courts named, and on or about the dates

\ A-1

stated:

    a.   On or about August 16, 1995, in the Criminal Court for Shelby County, Tennessee, defendant was convicted of Burglary of a Motor Vehicle;

    b.   On or about December 11, 1995, in the Criminal Court for Shelby County, Tennessee, defendant was convicted of Unlawful Possession of Cocaine with Intent to Sell;

    c.   On or about December 11, 1995, in the Criminal Court for Shelby County, Tennessee, defendant was convicted of Sale of Cocaine/Possession with Intent to Sell/ Deliver;

    d.   On or about December 11, 1995, in the Criminal Court for Shelby County, Tennessee, defendant was convicted of Unlawful Possession of a Deadly Weapon with Intent to Commit a Crime;

    e.   On or about May 30, 1997, in the Criminal Court for Shelby County, Tennessee, defendant was convicted of Escape from Felony Incarceration;

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(c).

## COUNT 2
### (False Statements to Acquire a Firearm)

1.  On or about August 18, 1999, in Callaway County, in the Western District of Missouri, MARCUS DEANGELO JONES a/k/a Marcus Deangelo Lee, defendant, in connection with his acquisition of a firearm, that is, a Makarov 9mm semi-automatic handgun, serial number AK05154, importer assigned serial number RS01263, from Callaway Pawn and Gun, a licensed dealer, knowingly made a false

A-2

and fictitious written statement and furnished and exhibited a false, fictitious identification to Callaway Pawn and Gun, which statement and identification was likely to deceive as to a fact material to the lawfulness of such sale and acquisition of the said firearm to defendant under Chapter 44 of Title 18, in that defendant represented at least one of the following: (i) on a Bureau of Alcohol, Tobacco and Firearms Form 4473 (Form 4473), defendant stated that he was not a felon, or more particularly, certified that he had not been convicted in any court of a crime for which the judge could have imprisoned him for more than one year, when in fact he had been convicted of more than one felony; and (ii) defendant stated on Form 4473 that he was Marcus D. Jones, when in fact his name was actually Marcus D. Lee; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(1)(B).

## COUNT 3
### (Felon in Possession of a Firearm)

1.   On or about August 18, 1999, at or near Columbia, in Boone County, in the Western District of Missouri, MARCUS DEANGELO JONES a/k/a Marcus Deangelo Lee, defendant, having been previously convicted of a crime punishable for a term exceeding one year, did possess in and affecting commerce a firearm, namely: a Makarov 9mm semi-automatic handgun, serial number AK05154, importer assigned serial number RS01263.

-3-

A-3

2.   The allegations of paragraph 2 of Count 1 are incorporated by reference as if fully set forth again.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(c).

**A TRUE BILL.**

FOREPERSON OF THE GRAND JURY

ANTHONY P. GONZALEZ
Assistant United States Attorney
Missouri Bar No. 29922

-4-

A-4



1    IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF MISSOURI
2              CENTRAL DIVISION

3    UNITED STATES OF AMERICA,    ) Case No. 00-4010-CR-C-SOW
                                  )
4             Plaintiff,          ) Jefferson City, Missouri
                                  ) July 24, 2000
5    v.                           )
                                  )
6                                 )
     MARCUS DEANGELO JONES,       )
7                                 )
                                  )
8             Defendant.          )
                                  )
9
                        VOLUME I
10                 TRANSCRIPT OF TRIAL
          BEFORE THE HONORABLE SCOTT O. WRIGHT
11       UNITED STATES DISTRICT JUDGE and A JURY

12

13   APPEARANCES:

14   For the Plaintiff:        Anthony Gonzalez, Esq.
                               AUSA
15                             P.O. Box 117
                               Jefferson City, MO 65101
16                             (573) 634-6144

17   For the Defendant:        Cyril M. Hendricks, Esq.
                               305 E. McCarty St., Ste. 101
18                             Jefferson City, MO  65101
                               (573) 634-7515
19

20   Court Audio Operator:     Ms. Laura Bax

21   Transcribed by:           Rapid Transcript
                               Lissa C. Whittaker
22                             1001 West 65th Street
                               Kansas City, MO  64113
23                             (816) 822-3653

24
     Proceedings recorded by electronic sound recording,
25   transcript produced by transcription service.

Buckner - Direct                    I-107

1   remain downstairs though.

2           THE COURT:  All right.  All right.  You may step

3   down.

4           MELVIN BUCKNER, PLAINTIFF'S WITNESS, SWORN

5                      DIRECT EXAMINATION

6   BY MR. GONZALEZ:

7   Q.  Tell the jury your name, please.

8   A.  Melvin Buckner.

9   Q.  Okay.  How are you employed, Mr. Buckner?

10  A.  I'm a police officer with Columbia, Missouri.

11  Q.  Okay.  I'm sorry, could you spell your last name for me?

12  A.  B-U-C-K-N-E-R.

13  Q.  And how long have you been a police officer?

14  A.  About seven years.

15  Q.  And on August the 18th of 1999, did you have an occasion

16  to meet with Mr. Marcus Jones?

17  A.  Yes, I did.

18  Q.  Okay.  And is he seated here next to counsel, Mr.

19  Hendricks?

20  A.  Yes, he is.

21          MR. GONZALEZ:  If the record could reflect he's

22  identified the defendant.

23          THE COURT:  Yes, it will so reflect.

24  BY MR. GONZALEZ:

25  Q.  Can you indicate -- can you tell the jury where you were

B-2

Buckner – Direct                                    I-108

1   and how you came about running into him on that particular

2   day?

3   A.   I was in the area of LaSalle at Pendleton.  I was

4   traveling southbound when I observed Mr. Jones run the stop

5   sign there at the intersection going east.

6   Q.   And what, if anything, did you do?

7   A.   I stopped him after he ran through the sign and issued

8   him a summons for that.

9   Q.   Was he alone in the car?

10   A.   No, he wasn't.

11   Q.   Do you recall how many other persons were in the car with

12   him?

13   A.   There was another subject in the car that identified

14   himself as William Lee.

15   Q.   A younger individual?

16   A.   Yes.

17   Q.   And was there anything unusual about this stop that you

18   noticed?

19   A.   Yes.  When I approached the car, the driver told me there

20   was a firearm in the car and as I looked in there was between

21   the console and the driver's seat.

22   Q.   Was there a firearm there?

23   A.   Yes, there was.

24   Q.   Okay.  When you say the driver, are you speaking about

25   Mr. Jones?

B-3

Buckner - Direct                              I-109

1   A.  Yes, I am.

2   Q.  All right.  And he indicated that there was a -- excuse

3   me for a second.  Did you seize the firearm?

4   A.  I removed it from the driver's possession while I was

5   conducting my traffic stop.

6   Q.  Okay.  Can you tell -- describe to the jury how you did

7   that?

8   A.  I took the firearm out of the car, placed it on top of

9   the defendant's car where I had control of it while I dealt

10  with him on the traffic stop.

11  Q.  Okay.  And do you recall what kind of weapon it was, not

12  necessarily specifically but was it a revolver or an

13  automatic?

14  A.  It was an automatic.

15  Q.  Okay.  I guess I mean semi-automatic.

16  A.  Right.

17  Q.  Was it loaded?

18  A.  I do not recall.

19  Q.  Let me show you what's been marked Government's Exhibit

20  #2-B and #2-A.  Does this look like the firearm?

21  A.  Yes, it does.

22  Q.  What, if anything, did you do?  Did you call for backup?

23  A.  Yes, I did.

24  Q.  And who came?

25  A.  Officer Robert Bennett.

B-4

Buckner - Direct                    I-110

1    Q.   And for what reason was Officer Bennett called?

2    A.   Just for my own personal safety.  I was dealing with an

3    individual with a firearm.  I just wanted another officer

4    there.

5    Q.   Did Mr. Jones display to you a driver's license or

6    anything, do you recall?

7    A.   Yes, he did.

8    Q.   And did you use that information to put the information

9    on the ticket or did you get the information on the ticket

10   from elsewhere, do you know?

11   A.   I got the information from his driver's license.

12   Q.   I show you what's been marked Government's Exhibit, if

13   you'll look here, #3-A and #3-B.  Can you just indicate what

14   #3-A and #3-B are?

15   A.   #3-A is a Missouri operator's license in the name of

16   Marcus Jones and #3-B is a Missouri identification card in

17   the name of Marcus Jones.

18   Q.   And are those -- the same individual depicted in both?

19   A.   Yes.

20   Q.   Okay.  And is he the defendant?

21   A.   Yes.

22   Q.   Now, I'm going to show you what's been marked, at least

23   for --

24        MR. HENDRICKS:  May I see the exhibit, please?

25   BY MR. GONZALEZ:

Buckner - Direct                    I-111

1  Q.  Officer, let me show you what's been marked Exhibit #3-C

2  previously shown by counsel to Candy Cornman.  Do you

3  recognize what #3-C is?

4  A.  Yes.  This is a copy of the traffic ticket that I wrote.

5  Q.  Okay.  And does it indicate an address there?

6  A.  Yes, it does.

7  Q.  And where is that address?

8  A.  The address is in Fulton, Missouri, Sycamore Road maybe.

9  Q.  And does it also indicate a Social Security number?

10 A.  Yes, it does.

11 Q.  I show you again #3-A and #3-B.  What do those indicate

12 the address is?

13 A.  These indicate the address being at 115 West Ash in

14 Columbia.

15 Q.  Okay.  And does it indicate a Social Security number?

16 A.  It looks like a number generated by the Department of

17 Revenue.  It does not appear to be a Social Security number.

18 Q.  On both?

19 A.  Yes.

20      MR. GONZALEZ:  Judge, at this point I'd move into

21 evidence Government's Exhibit #3-A, #3-B and #3-C.

22      MR. HENDRICKS:  No objection.

23      THE COURT:  Be admitted.

24 BY MR. GONZALEZ:

25 Q.  Was Mr. Jones ever arrested for the firearm at all?

Buckner - Cross                                    I-112

1   A.   No.

2   Q.   Okay.  It wasn't concealed.  There was no violation as

3   far as you knew, correct?

4   A.   No.

5   Q.   And you only knew him under the name Jones at that point?

6   A.   Correct.

7          MR. GONZALEZ:  All right.  I have nothing further.

8                        CROSS-EXAMINATION

9   BY MR. HENDRICKS:

10  Q.   Officer, when you make the stop, is it customary to check

11  the license plate prior to approaching the vehicle?

12  A.   Yes.

13  Q.   And you run that through your, I guess, a computer check

14  to see the name of the person and anything that may be such

15  as a warrant outstanding or anything like that?

16  A.   Correct.

17  Q.   And I assume in this case you did the same?

18  A.   I don't recall.  I would doubt it seeing I stopped Mr.

19  Jones within a block of the violation, so I doubt that I

20  actually ran the plate.

21  Q.   Okay.  But that's the normal procedure?

22  A.   Correct.

23  Q.   Okay.  And I assume that the normal procedure is also get

24  a certain amount of identification?

25  A.   Correct.

O'Neal - Direct                    I-133

1  Q.   Okay.  So, it would be fair that one is a serial number

2  and one is an importer's number?

3  A.   Exactly.

4  Q.   All right.  And do you also see that the permit for

5  acquisition was signed by Marcus Jones also on the 18th and

6  that he paid a $10 fee on that day?

7  A.   I see that, sir, yes, sir.

8  Q.   Okay.  And can you read to the jury what it says on this

9  permit under number 2?

10  A.   Number 2 it says, "Has not pled guilty to or been

11  convicted of a crime punishable by imprisonment of a term

12  exceeding one year under the laws of any state or of the

13  United States other than a crime classified as a misdemeanor

14  under the laws of any state and punishable by a term of

15  imprisonment of two years or less that does not involve an

16  explosive weapon, firearm, firearm silencer or gas gun."

17  Q.   And the second document is that the application?

18  A.   This I never saw.

19  Q.   Okay.

20  A.   That's something he does at the sheriff's office.

21  Q.   What allows you to release the firearm though finally is

22  the document which you sign at the bottom in blue ink and

23  actually did --

24  A.   Yes.

25  Q.   -- the wrong date on it, correct?

O'Neal – Cross                                    I-134

1  A.   That's it is, sir.   That's the only way I can release the

2  handgun.   That is my handwriting.

3  Q.   After you sign it, this document entitled "Permit for

4  Acquisition of a Firearm," what becomes of it?

5  A.   I fill out the bottom part and send it back to the

6  sheriff's office.

7  Q.   Do you retain any for your records and --

8  A.   I do not, sir.   I only get one copy.   I don't have a

9  copying machine so I send the original document back.

10        MR. GONZALEZ:   At this point I don't believe I have

11  any further questions of the witness.

12                      CROSS-EXAMINATION

13  BY MR. HENDRICKS:

14  Q.   Good afternoon, Mr. O'Neal.

15  A.   Hi.

16  Q.   Let me see if I understand correctly.   Did he actually

17  get the permit from the sheriff's office prior to coming in

18  and getting the gun?

19  A.   Yes, sir.

20  Q.   Okay.   So, that was the first document that was obtained?

21  A.   Yes, sir.

22  Q.   And then he came -- of course he had been in earlier and

23  looked at the gun?

24  A.   Yes, sir.

25  Q.   And I assume he had paid some money down on it or you

O'Neal - Cross                    I-135

1   said put it in lay-away?

2   A.   He put it on -- paid some money on it to hold it on his

3   second visit.

4   Q.   Okay.  So, when he came in and actually obtained it, he

5   came in with a permit from the sheriff's office?

6   A.   Yes, sir.

7   Q.   And at that time he filled out, I guess, what you've

8   referred to as the form 4473?

9   A.   He'd done the 4473 on the 16th, sir.

10  Q.   Okay.

11  A.   We filled that out prior to that to do his background

12  check.

13  Q.   Okay.  You were present when he filled it out?

14  A.   I'm the only one there, sir.  I'm a one-man operation.

15  Q.   Okay.  Did you watch him fill the document out?

16  A.   Yes, sir.

17  Q.   Okay.  And in that document, and if you would I will --

18           MR. HENDRICKS:   Is everything here?

19           MR. GONZALEZ:   I think so.

20                        (Off Record Talking)

21  BY MR. HENDRICKS:

22  Q.   Referring to document #4 from the Government, I think

23  you've previously identified that as the form --

24  A.   Yes, sir, I did.

25  Q.   -- 4744, am I correct?

O'Neal - Cross                    I-136

1   A.   4473.

2   Q.   Okay.  And that was the document that was completed on

3   October the 16th?

4   A.   No, sir, it was August the 16th.

5   Q.   August 16th.  And you were present when that was filled

6   out?

7   A.   Yes, sir.

8   Q.   And let me refer you to the back of that document.  Does

9   that indicate on that that I guess we would talk about in

10  item 11A.

11  A.   Are you talking about this, sir?

12  Q.   No, sir.  I guess I was referring to the part that was

13  filled out.

14  A.   The inside page.

15  Q.   If you'll look at 11A.

16  A.   Yes, sir.

17  Q.   Does that indicate that you required identification prior

18  to --

19  A.   Yes, sir.

20  Q.   -- completing that form?  And I see where driver's

21  license was circled?

22  A.   And then I wrote in ID.

23  Q.   Okay.  And also in that there's a Social Security number?

24  A.   Yes, sir.  It was the same as his driver's license, or

25  his ID number actually.

O'Neal - Cross                                    I-137

1  Q.   And what was that Social Security number?

2  A.   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.

3  Q.   Okay.  And let me also refer you to the -- in regard to

4  9C, the box that's filled out.

5  A.   Yes, sir.

6  Q.   That indicates -- you say that that was a yes?

7  A.   No, sir.  The answer to 9C was a no.

8  Q.   Okay.  Did that concern you?  It appeared to me that at

9  least there was at one time attempted to make a no on that?

10 You notice the top one where it says yes?

11 A.   Uh-huh.

12 Q.   That appears to be -- again, I'm not expert in

13 handwriting, but that was a very distinct yes and as far as

14 the 9C, does that appear that there was something that was

15 scratched out or circled?

16 A.   I didn't think so.

17 Q.   Okay.

18 A.   It looks like he just reinforced what he was writing.

19 Q.   Okay.  But that was done in your presence?

20 A.   Yes, sir, it was.

21 Q.   And as far as the -- let me have that, if I may, sir?  As

22 far as the gun itself, was that a new weapon or was it a --

23 A.   No, it was a used gun, sir.

24 Q.   -- one that you had taken in?

25 A.   It was used.

1

2

3

4

5

6          I certify that the foregoing is a correct

7   transcript from the electronic sound recording of the

    proceeding in the above-entitled matter.

8

9

10   Signature of transcriber                    Date

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



EXHIBIT #C

## SECTION B - TO BE COMPLETED BY TRANSFEROR (SELLER)

10. TYPE OF FIREARM(S) TO BE TRANSFERRED:

☑ HANDGUN ☐ LONG GUN ☐ BOTH

| a. TYPE OF AND NUMBER ON IDENTIFICATION (Driver's license or other valid government-issued photo identification. See Instruction to Transferor 1.) | 11b. TYPES AND DATES OF ADDITIONAL IDENTIFICATION REQUIRED FOR ALIENS (e.g., utility bills or lease agreements. See Instruction to Transferor 2.) |
|---|---|
| I.D. | |
| MO. 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 | |

### ITEM 12, 13, OR 14 MUST BE COMPLETED PRIOR TO TRANSFER OF FIREARM(S) (See Instructions to Transferor 4-7.)

12a. THE TRANSFEREE'S IDENTIFYING INFORMATION IN SECTION A OF THIS FORM WAS TRANSMITTED TO NICS OR THE APPROPRIATE STATE AGENCY ON 8-16-99 (Date)

12b. THE NICS OR STATE TRANSACTION NUMBER (if provided) WAS: OIEW-43V

12c. THE RESPONSE INITIALLY PROVIDED BY NICS OR THE APPROPRIATE STATE AGENCY WAS AS FOLLOWS:

☑ PROCEED ☐ DENIED ☑ DELAYED

12d. IF INITIAL NICS OR STATE RESPONSE WAS "DELAYED," THE FOLLOWING RESPONSE WAS RECEIVED FROM NICS OR THE APPROPRIATE STATE AGENCY ON 8-16-99 (Date)

☑ PROCEED ☐ DENIED ☐ NO RESPONSE PROVIDED WITHIN 3 BUSINESS DAYS

| 13. STATE PERMIT TYPE (no NICS check required because transferee has a valid permit which qualifies as an exemption to NICS) | DATE OF ISSUANCE | EXPIRATION DATE (if any) | PERMIT NUMBER |
|---|---|---|---|
| | | | |

☐ NO NICS CHECK WAS REQUIRED BECAUSE THE TRANSFER INVOLVED ONLY NFA FIREARM(S)

SECTION C - IF THE TRANSFER OF THE FIREARM(S) TAKES PLACE ON A DIFFERENT DAY FROM THE DATE THAT THE TRANSFEREE SIGNED SECTION A, THEN THE TRANSFEREE MUST COMPLETE SECTION C IMMEDIATELY PRIOR TO THE TRANSFER OF THE FIREARM(S) (SEE INSTRUCTION TO TRANSFEREE 3 AND INSTRUCTION TO TRANSFEROR 9)

I CERTIFY THAT THE ANSWERS I PROVIDED TO THE QUESTIONS IN ITEM 9 OF SECTION A OF THIS FORM ARE STILL TRUE AND CORRECT.

| TRANSFEREE'S (BUYER'S) SIGNATURE | DATE |
|---|---|
| X | 8-18-99 |

### SECTION D

On the basis of (1) the statements in Section A; (2) the verification of identity noted in item 11 and my verification again at the time of transfer (if the transfer does not occur on the same day as the verification noted in item 11); and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below to the person identified in Section A.

| 15. MANUFACTURER AND/OR IMPORTER | 16. MODEL | 17. SERIAL NO. | 18. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 19. CALIBER OR GAUGE |
|---|---|---|---|---|
| KBI | MAKAROV | RS01263 | PISTOL | 9X18 |
| | | | | |
| | | | | |

### COMPLETE ATF F 3310.4 FOR MULTIPLE PURCHASES OF HANDGUNS (See Instruction to Transferor 11.)

| 20. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used.) | 21. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used.) |
|---|---|
| CALLAWAY PAWN & GUN 1217 HWY 54 S. FULTON, MO. 65251 | 5-43-015-02-1J-40070 |

C-1

### THE PERSON ACTUALLY TRANSFERRING THE FIREARM(S) MUST COMPLETE ITEMS 22 THROUGH 24.

| 22. TRANSFEROR'S (Seller's) SIGNATURE | 23. TRANSFEROR'S TITLE | 24. TRANSACTION DATE |
|---|---|---|
| Larry O'Neal | Owner | 8-18-99 |

ATF F 4473 (5300.9) PART 1 (10-98)



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

_____

Washington, DC 20226
www.atf.gov

REFER TO: 05-1219 AG
100060

JUN **1 6** 2005

Mr. Marcus D. Jones
Reg. #12520-045
FCI – Post Office Box 5000
Greenville, Illinois  62246-5000

Dear Mr. Jones:

This is in response to your Freedom of Information Act (FOIA) request dated June 8, 2005,
received on June 15, 2005, wherein you request access to information you believe is
maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), pertaining
to you.

A search of our criminal records has failed to produce the requested information.  This is
not a denial; rather it is to advise you that; based on the information you provided
responsive records were not identified.  If you can tell us how and when you had contact
with ATF, or why you feel certain ATF would maintain records about you, also provide
your social security number, we will then have more information on which to base a further
search.

Furthermore, you specifically request 302 reports that are generated by the Federal Bureau
of Investigations; ATF does not maintain other federal agency records.

Insofar as records have not been identified at this time, you have the right to request an
administrative appeal based on the efficiency of the search.  You may write to the Office of
Information and Pr ivory, United States Department of Justice, Flag Building, Suite 570,
Washington, D.C. 20530-0001.  Your letter must be received within 60 days from the date
of this letter, indicate that your appeal concerns ATF records and use the "REFER TO"
number at the upper right of this letter. Your appeal should state any arguments in support
thereof.  However, if you can give us more information first we will search again.

Sincerely yours,

_Averill P. Graham_

Averill P. Graham
Chief, Disclosure Division

C-2

## DOCUMENT COVER SHEET: EXEMPTIONS LIST AND APPEAL RIGHTS

**Part I – Document cover sheet**

| | | |
|---|---|---|
| 1. Requesters' name <br> MARCUS JONES | 2. File no. <br> 04-1857 | 3. Requested documents were referred by the following agency: EOUSA |
| 4. Documents are being released: <br> [ ] at cost [X] without cost | 5. Package ends with documents no.: 78 | 6. Total no. of documents denied: 1 |

7. Exemptions cited for information withheld on pages released: (See Part II of explanations of exemptions)

[ ] (b) (1)     [X] (b) (2)     [ ] (b) (3) _____     [ ] (b) (4)     [ ] (b) (5)     [ ] (b) (6)

[ ] (b) (7) (A)     [ ] (b) (7) (B)     [X] (b) (7) (C)     [ ] (b) (7) (D)     [ ] (b) (7) (E)     [ ] (b) (7) ( F)

8. Documents completely withheld:

| Document no. ——Exemption | Document no. ——Exemption | Document no. ——Exemption |
|---|---|---|
| 78   b3- Pub.L. 108-199 | _____ _____ | _____ _____ |
| _____ _____ | _____ _____ | _____ _____ |
| _____ _____ | _____ _____ | _____ _____ |
| _____ _____ | _____ _____ | _____ _____ |
| _____ _____ | _____ _____ | _____ _____ |

9. The records identified above have been determined to be most directly responsive to your request. Other records, described below are available upon payment of ten (10) cents per page (or at no cost if a fee waiver is granted). These records generally consist of duplicated or repetitive information that restates information contained in the package being released. A sample of index of these records is included in this released. The following records are available upon written request:

No. of pages

(a) Exhibits to Report (See index on page_____)          _____
(b) Surveillance Reports (See sample page _____)          _____
(c) Interagency Telegrams and Messages (See sample page_____)          _____
(d) Property Disposition records (See sample page_____)          _____
(e) Newspaper or magazine article (See sample page_____)          _____
(f) Miscellaneous (See sample page)          _____

Note:   To obtain copies of these records, identify the records you want, count the pages and multiply by ten (10) cents. Send a check or money order payable to Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and mail to Chief, Disclosure Branch, ATF, 650 Mass. Ave., Rm 8400, Washington, DC. Request promptly for best service, as files are returned to field offices fifteen (15) days after this notice is mailed to you.

(Parts II and III on reverse side)

C-3

COPY FROM COL3 ON 07/30/99 AT 18.51.41 HRS.
D46   EVENUE     DATE: 07/30/99   TIME: 18.51.29 DEST TERM: WPD0COL6
QWR.LNM/JONES.FNM/MARCUS.MNI/D.DOB/07017
*R23 - DOR MEDIUM RESPONSE
**** THIS RECORD RESTRICTED UNDER DRIVERS PRIVACY PROTECTION ACT  ****
DETAIL INFORMATION:
OPER STAT/VALID            CDL STAT/
 LIC EXP DATE/01 26 2002   CLASS/F
                    CURRENT NAME                    DOB    SEX
    JONES              ,MARCUS    DEANGELO      07 01 1976  M
                    ALIAS NAME
    JONES              ,MARCUS    DEANGELO      07 01 1976  M
OLN/J21-12-46025 ALIAS OLN/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
OLD DLN/                HGT/509        WGT/170   EYE/BROWN
RESIDENT ADDR/313 TRINITY PLACE    COLUMBIA        MO  65203
 ID CARD EXP/01 19 2002
PEND STAT/APPEAL           SCHOOL BUS STAT/
ISSUANCE INFORMATION:
 ENDORSEMENTS/

 RESTRICTIONS/

 LIC PROC CDE/REGULAR          LIC PROC REASON/



COPY FROM COL3 ON 07/30/99 AT 18.51.41 HRS.
ACTION INFORMATION:    001 RECORD ON FILE
 1 TYPE/MANDATORY 1ST (DRIVER/REGIST)      CASE NO/AC99006337  EFF DT/11151999
   STATUS/STAYED HEARING PENDING       ELIGIBLE REI/01 14 2000 OFFENSE ST/
 2 TYPE/SECURITY (DRIVER/REGIST)        CASE NO/AC99006337  EFF DT/11151999
   STATUS/STAYED HEARING PENDING       ELIGIBLE REI/11 15 2000 OFFENSE ST/
 3 TYPE/FAILURE TO FILE             CASE NO/AC99006337  EFF DT/09291999
   STATUS/REINSTATED               ELIGIBLE REI/        OFFENSE ST/

CONVICTION INFORMATION:  003 RECORD ON FILE   NO OF DWI/000  LAST DWI/00000000
 1 CON 06 14 1999 SPEEDING              03 PTS ON/07 27 1999
      CIR CRT-ASSOC DIV-PERRYVILLE             CDL/N HAZ/N

COPY FROM COL3 ON 07/30/99 AT 18.51.41 HRS.
FROM-NCIC    DATE 07-30-99 TIME 18.51.29
QH█████████.PUR/C. NAM/JONES.MARCUS D SEX/M
0
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/JONES.MARCUS D SEX/M RAC/B DOB/19760701 SOC/415258584
 PUR/C

NAME                    FBI NO.      INQUIRY DATE
LEE,MARCUS DEANGELO     .55144VA2    1999/07/30

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR  BIRTH PLACE     PHOTO
M   B   1976/07/01   508    135    BRO  BLK   TENNESSEE       N

FINGERPRINT CLASS    PATTERN CLASS
PO TT 05 PM DO       WU LS RS WU WU LS LS LS LS WU
15 10 09 DI 14       RS              WU    LS
                     AU

ALIAS NAMES
LEE,MARCUS                   LEE,WILLIAM EARL


SCARS-MARKS-
TATTOOS      SOCIAL SECURITY



COPY FROM COL3 ON 07/30/99 AT 18.51.44 HRS.
TAT UL ARM    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
              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
              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
              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

IDENTIFICATION DATA UPDATED 1997/10/16

68 b2

C-5

THIS RECORD IS BASED ONLY ON THE SID NUMBER IN YOUR REQUEST (640475),
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY SHOULD
BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                    - TENNESSEE CRIMINAL HISTORY -
USE OF THE FOLLOWING RECORD IS REGULATED BY LAW. IT IS FURNISHED FOR
OFFICIAL USE ONLY AND SHOULD ONLY BE USED FOR THE PURPOSE REQUESTED.
WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY
WITH THE AGENCY THAT CONTRIBUTED THE FINGERPRINTS.
REPORT DATE: 1999/07/30

NAME                          SID       FBI       SOC
LEE,MARCUS DEANGELO           640475    55144VA2  415258584
RACE SEX BIRTHDATE  HGT WGT EYES HAIR POB FIF MNU
B    M   1978/07/01 68  155 BRO  BLK  TN  F
                    OTHER IDENTIFYING DATA
                    ---------------------

NAMES USED                    BIRTHDATES SOC NUMBERG MISC NUMBERS
------------------            ---------- ----------- ------------
LEE,MARAS                                410252581
LEE,WILLIAM EARL                         412396348
SCARS, MARKS, TATTOOS:
----------------------
TAT UL ARM
TOOTH GOLD       3 - M,A,R

                         OFFENSE DATA
                         ------------
ARREST -- DATE ARRESTED: 1993/10/13
    AGENCY: SHELBY COUNTY S█████████
    CASE NO: 147794A
  NAME USED: LEE,MARCUS DEANGELO
    CHARGE: HOMICIDE-FIRST DEGREE-CRIMINAL ATTEMPT - 1 COUNT (FELONY)
ARREST -- DATE ARRESTED: 1993/10/27
    AGENCY: SHELBY COUNTY SO█████████
    CASE NO: 00204690
  NAME USED: LEE,MARCUS DEANGELO
    CHARGE: HOMICIDE-FIRST DEGREE-ATTEMPT - 1 COUNT (FELONY)
  OFF DATE: 1993/10/27
ARREST -- DATE ARRESTED: 1994/10/09
    AGENCY: SHELBY COUNTY SO█████████
    CASE NO: 00204690
  NAME USED: LEE,MARCUS DEANGELO
    CHARGE: MARIJUANA-POSSESS - 1 COUNT (FELONY)

(69) b2

B.

page 18

C-6

```
    OFF DATE: 1994/10/09
ARREST -- DATE ARRESTED: 1994/10/11
    AGENCY: SHELBY COUNTY S
    CASE NO: 00204690
NAME USED: LEE,MARCUS DEANGELO
    CHARGE: ROBBERY-AGGRAVATED - 1 COUNT (FELONY)
    OFF DATE: 1994/10/11
ARREST -- DATE ARRESTED: 1995/07/03
    AGENCY: SHELBY COUNTY SO
    CASE NO: 00204690
NAME USED: LEE,MARCUS DEANGELO
    CHARGE: COCAINE-POSSESS-CRACK W/INTENT TO MFG/SELL/DELIVER - 1 COUNT (FELON
Y)
ARREST -- DATE ARRESTED: 1995/08/09
    AGENCY: SHELBY COUNTY SO
    CASE NO: 00204690
NAME USED: LEE,MARCUS DEANGELO
    CHARGE: VEHICLE THEFT-OVER $500 - 1 COUNT (FELONY)
    OFF DATE: 1995/08/09
ARREST -- DATE ARRESTED: 1995/08/11
    AGENCY: SHELBY COUNTY SO
    CASE NO: 00204690
NAME USED: LEE,MARCUS DEANGELO
    CHARGE: COCAINE-MANUFACTURE/DELIVER/SELL - 1 COUNT (FELONY)
    OFF DATE: 1995/08/11
CUSTODY -- DATE ARRESTED/RECEIVED: 1995/12/15
    AGENCY: SHELBY CO CORRECTIONAL CENTER
    CASE NO: 204690
    CHARGE: DANGEROUS DRUGS-POSSESS W/I TO SELL/DEL - 1 COUNT (FELONY CONVICTED
)
    STATUS: RECEIVED-3 YEARS
ARREST -- DATE ARRESTED: 1996/11/11
    AGENCY: SHELBY COUNTY SO
    CASE NO: 00204690
NAME USED: LEE,MARCUS
    CHARGE: ASSAULT-AGGRAVATED - 1 COUNT (FELONY)
    OFF DATE: 1996/11/11
ARREST -- DATE ARRESTED: 1996/11/11
    AGENCY: SHELBY COUNTY SO
    CASE NO: 00204690
NAME USED: LEE,MARCUS
    CHARGE: VEHICLE THEFT - 1 COUNT (FELONY)
    OFF DATE: 1996/11/11
ARREST -- DATE ARRESTED: 1997/02/18
    AGENCY: SHELBY COUNTY SO
    CASE NO: 00204690
NAME USED: LEE,WILLIAM EARL
    CHARGE: COCAINE-POSSESS-CRACK-W/INT TO MFG/DEL/SELL - 1 COUNT (UNKNOWN)
    OFF DATE: 1997/02/18
ARREST -- DATE ARRESTED: 1997/07/30
    AGENCY: SHELBY COUNTY SO
    CASE NO: 00204690
NAME USED: LEE,MARCUS DEANGELO
    CHARGE: AGGRAVATED ASSAULT - 1 COUNT (FELONY)
    OFF DATE: 1997/07/30
```



C-7

3-ARRESTED OR RECEIVED 1994/10/11
AGENCY-SHERIFF'S OFFICE MEMPHIS ████████
AGENCY CASE-00204690
CHARGE 1-AGGRAVATED ROBBERY

4-ARRESTED OR RECEIVED 1995/07/03
AGENCY-SHERIFF'S OFFICE MEMPHIS ████████
AGENCY CASE-00204690
CHARGE 1-POSS CS W/I TO MFG/SEL/DEL TO WIT CRAC COC

5-ARRESTED OR RECEIVED 1995/08/09
AGENCY-SHERIFF'S OFFICE MEMPHIS ████████
AGENCY CASE-00204690
CHARGE 1-THEFT OF PROP O/$500 TO WIT AUTO THEFT

6-ARRESTED OR RECEIVED 1995/08/11
AGENCY-SHERIFF'S OFFICE MEMPHIS ████████
AGENCY CASE-00204690
CHARGE 1-MANUF DELL SELL CONTRLD SUB TO WIT COCAINE

7-ARRESTED OR RECEIVED 1996/11/11
AGENCY-SHERIFF'S OFFICE MEMPHIS ████████
AGENCY CASE-00204690
CHARGE 1-THEFT OF PROPERTY OVER $500-AUTO THEFT
CHARGE 2-AGGRAVATED ASSAULT

8-ARRESTED OR RECEIVED 1997/02/18
AGENCY-SHERIFF'S OFFICE MEMPHIS ████████
AGENCY CASE-00204690 NAME USED-LEE,WILLIAM EARL
CHARGE 1-POS OF C/S W/INT TO MANF/DEL/SEL WIT CRK COC

9-ARRESTED OR RECEIVED 1997/07/30
AGENCY-SHERIFF'S OFFICE MEMPHIS ████████
AGENCY CASE-00204690
CHARGE 1-AGG ASLT

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

END OF RECORD

COPY FROM COL1 ON 07/30/99 AT 18.54.18 HRS.
SUZ  MULES   DATE 07-30-99 TIME 18.54.15  DEST TERM: COL1
LW.SHP/990710-105445.REF/071099-04.ORI/M
*L62  CASE SUCCESSFULLY LOCATED - MULES ONLY:
SHP/990710-105445 REF/071099-04  ORI ████████

FROM-NCIC   DATE 07-30-99 TIME 18.52.13
QR.████████FBI/55144VA2.PUR/C.ATN█████

(71) b2, b7c  c-8
23.

THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/55144VA2. THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:

```
COPY FROM COL3 ON 07/30/99 AT 18.47.05 HRS.
FROM-NLETS    DATE 07-30-99 TIME 18.46.50

FROM TN
NAME: LEE              MARCUS          D
ADDRESS: 3741 LEGEND

    MEMPHIS          TN 38118-0000
DR LIC NO: 02850287 BIRTH DATE: 19760701   LIC CLASS: ID**  ENDRSE: ****
STICKER NO:                    PREVIOUS CLASS: D***
ISSUE DATE: 19950711   EXPIRATION DATE: 20010701   ORGAN DONOR: NO
EYES: BK  HAIR: BK   SEX: M  RACE: B  HEIGHT: 5FT 09IN  WEIGHT: 160
NON-CDL STATUS: SUSPNDED DRVR LICENSE/VALID ID ONLY
NON-CDL ELIGIBILITY DATE: 19950505              GUN PERMIT STATUS: NONE
CDL STATUS: NONE
CDL ELIGIBILITY DATE: 19950505


SOC: 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    TOTAL NON-CDL RECS: 001    TOTAL CDL RECS: 001
RESTRICTIONS: NONE




COPY FROM COL3 ON 07/30/99 AT 18.47.14 HRS.
FROM-NLETS    DATE 07-30-99 TIME 18.46.57

FROM TN
LIC NO   CASE  ACT   EVT DATE  ACT DATE   CNTY   SEC-AMT
02850287 L324869 052   19940915  19950505   79    00000000
    FAIL TO SATISFY CITATION/SUSP/NOTICE SENT
02850287 P324869 003   19940915             79    00000000
    FAILURE TO OBEY TRAFFIC INSTRUCTIONS
```

(72) b2

C-9

# REQUEST ACT OF 1974

TO: Callaway County Sheriffs Dept.
P.O. Box 817
Fulton, Mo. 65251

FROM: Marcus DeAngelo Jones
#12520045
P.O. Box 33
Terre Haute, Ind 47808

Dear Mam or Sir,

Pursuant to Title 5 U.S.C 552 and all other relevant sections and parts thereof, I the undersigned, also identified above in the upper right-hand section, hereby respectfully request the following information:

Copies of all documentation in connection with the acquisition of a firearm by the requester Marcus DeAngelo Jones(lee) on 8-16-99 to 8-18-99. This request is not limited to; Copies of the application, Copy of his identification, Copy of responce to back round check, Person or personel who condicted the backround check, and The date it was approved by the sheriff. Plus any other information or documents concerning this acquisition.

If there are applicable rules and regulations that govern your in such matters, please forward them to me so that I might comply with them per the **FOI Act of 1974.**

If for any reasons any of the above requested information or material is deemed to be priviledged and exempt under **FOIA**, please specify the statutatory reason for the exemption, the name and title of the person making the decision to with hold the material.

Per the dictates of the **FREEDOM OF INFORMATION ACT OF 1974** your agency has (10) working days to respond to this request. In the event I do not recieve a responce by that time; I will deem this information request denied and seek a judicial remedy.

DATED: 6-12-01    SUMITTED BY: Marcus Jones

REQUESTER

Mars Jones

Sworn and subcribed before me this 12th day of June, 01
I the Federal Prison Case Manager of the named person, verify that the above person appeared before me and is who he claims to be.

Evans, C.m. (2)
Case Manager/Notary Public

E-10

| NAME | | | FBI NO. | | INQUIRY DATE | |
|------|--|--|---------|--|--------------|--|
| JACKSON, MARK | | | 924753M04 | | 1999/08/16 | |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | BIRTH PLACE | PHOTO |
|-----|------|-----------|--------|--------|------|------|-------------|-------|
| M | B | 1971/07/17 | 506 | 140 | BRO | BLK | NEW JERSEY | N |

FINGERPRINT CLASS
PO PO 20 PM 13
PI CO PM PO 13

ALIAS NAMES

| | |
|---|---|
| CLY, TYRONE | JACKSON, LACE |
| JACKSON, LACEY | JACKSON, LACEY D |
| JACKSON, LACY | JACKSON, MARK D |
| JACKSON, MARK DEMAR | JOHNSON, TONY |
| JONES, ANTHONY | JONES, LACY |
| JONES, MARK | LACEY, JACKSON |
| OWEN, MARK | SNOW, EMMET |
| SNOW, EMMITT | WADE, TYRONE |
| WILLIS, CORY DEMAR | |

| OTHER BIRTH DATES | SCARS-MARKS TATTOOS | SOCIAL SECURITY |
|-------------------|---------------------|------------------|
| 1971/07/17 | SC BACK | 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 |
| 1971/06/16 | SC FACE | 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 |
| 1971/11/30 | SC R EYE | 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 |
| 1974/07/17 | | 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 |
| 1975/07/16 | | 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 |
| 1970/07/19 | | 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 |
| 1970/09/17 | | |
| 1970/08/19 | | |
| 1971/03/20 | | |

IDENTIFICATION DATA UPDATED 1999/08/16

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
NEW JERSEY     - STATE ID/NJ0070010 - FELONY CONVICTION
NEW YORK       STATE ID/NY6147770    COURT DISPOSITION PENDING
                                     CONVICTION STATUS UNKNOWN
FBI            - FBI/924753M04 - COURT DISPOSITION PENDING
                                     CONVICTION STATUS UNKNOWN

SL - LAST HELD FBI NUMBER FOR MULTIPLE RESPONSE

AN RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

*Information for permit run by
Barbara Hardesty, office manager*

20. C-11

FROM-REVENUE    DATE: 08/16/1999  TIME: ** CAUTION   CAUTION | CAUTION
DWRT.LNM/JONES.FNM/MARCUS.DOB/070176.SEX.. JONES              MARCUS
RID - SOR MEDIUM RESPONSE
***  THIS RECORD RESTRICTED UNDER DRIVERS PRIVACY PROTECTION ACT
DETAIL INFORMATION.
DROR STAT/VALID              CDL STAT/
LIC EXP DATE/01 26 2012    CLASS/T
                    CURRENT NAME                                    DOB    6.
JONES              MARCUS         DEANGELO              07 10 1976
DLN/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  ALIAS DLN/
DID WLN/              HGT 509       WGT/170    EYE/BROWN
RESIDENT ADDR/013 TRINITY PLACE          COLUMBIA          MO 65201
ID CARD EXP/01 19 2011
ISSUANCE INFORMATION.
    /ONSCMENT/.

RESTRICTIONS/

LIC PROC CDE/REGULAR              LIC PROC REASON/

CONVICTION INFORMATION.  CDL RECORD ON FILE   NO OF/DWI/000   LAST DWI/00000
1 CON 06 14 1999 SPEEDING                    OF PTS ON/07 27 1999
    CIR CRT-43300 DIV-PERRYVILLE                          CDL/N HAZ N
*TC
*CLS MSHP ORD DATE 08-16-99 TIME 15.37.36  DEST TERM: CCA1
DWRT.LNM/JONES.FNM.MARCUS.DOB/070176.SEX.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* THIS RESPONSE IS NOT TO BE CONSIDERED A POSITIVE HIT. SINCE THE *
* INQUIRY DOES NOT PERMIT A UNIQUE IDENTIFIER AND IS TO BE USED   *
* ONLY TO ASSIST IN MAKING A DIRECT DMV, DMN, LIC OR AG INQUIRY.  *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SID NO.  LNM              F.M          MI SEX E R DOB    SSN/DLN

00677109 JONES            MARCUS            M B 062176 497822739
00503426 JONES            MARCUS            M B 062775 490756412
00644964 JONES            MARCUS            M B 021074 486723470
01544914 JONES            MARCUS       D    M B 021074 486723470
01744964 JONES            MARCUS            M B 021074 486723470
    TJM JONES            MARCUS            M B 062175 497822737
00050010 JONES            MARCUS       R    M B 062775 494786224

FROM-NCIC    DATE 08-16-99 TIME 15.39.16
DWRT/LNM/JONES.FNM.MARCUS.DOB.0776/

1.SOC 00

WELL WANT WIT.LNM. MARCUS DOB.070170. RAC/S SEX A SKIN

FROM-NCIC    DATE 06-16-99 TIME 16.01.13
ORI.MCC14D000.PUR/F.NAM/JONES,MARCUS D.DE

MCC14D000

THIS NCIC INTERSTATE IDENTIFICATION INDEX MULTIPLE RESPONSE IS THE
RESULT OF YOUR INQUIRY ON NAM/JONES,MARCUS D, SEX/M RAC/B DOB/1975071.
SOC/412228584 PUR/F

NAME                          FBI NO.            INQUIRY DATE
LEE,MARCUS DEANGELO           55144VA2           1999/06/16

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR   BIRTH PLACE         PHOTO
M   B    1975/07/01   508    175   BRO  BLK    TENNESSEE           N

FINGERPRINT CLASS       PATTERN CLASS
TT 03 PM 03            AU DI RS WU AU LS LS LS LS AU
TT 10 09 PI 14            RE                    AU    LS
                         AU

ALIAS NAMES
LEE,MARCUS              LEE,WILLIAM EARL

SCARS-MARKS-
TATTOOS                SOCIAL SECURITY
TAT UL ARM             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
                       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
                       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
                       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

IDENTIFICATION DATA UPDATED 1999.06.16

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING
FBI               - FBI/55144VA2 - COURT DISPOSITION PENDING
                                   CONVICTION STATUS UNKNOWN

END - LST NCIC III RECORD FOR MULTIPLE RESPONSE



EXHIBIT #D



STATE OF TENNESSEE
**DEPARTMENT OF HEALTH**
CENTRAL SERVICES BUILDING
421 5TH AVENUE NORTH
NASHVILLE, TENNESSEE 37247-0450

January 12, 1999

Ms Maggie Wallace
313 Trinity
Columbia, MO 65203

Dear Ms Maggie Wallace:

**RE: CERTIFICATE OF BIRTH:** Marcus DeAngelo Jones   7/1/76   #845172

The enclosed is a CERTIFIED COPY of the new certificate that was
prepared in accordance with legal papers submitted and contains all the
information that is required by T.C.A. 68-3-311.

If an error has been made on the information entered on the certificate,
immediately return the certified copy and state the correct information on the
bottom of this letter. **DO NOT WRITE ON THE ENCLOSED CERTIFICATE.** If
all facts are correct on the birth certificate, no response is necessary.

If we do not hear from you within 2 weeks, the case will be placed under seal.

Sincerely,

*Amanda Tidwell*

Amanda Tidwell
Office of Vital Records

Enclosure

D-1



STATE OF TENNESSEE
**DEPARTMENT OF HEALTH**
CENTRAL SERVICES BUILDING
421 5th AVENUE NORTH
NASHVILLE, TN 37247-0450

Marcus Jones                                                    August 16, 2000
Boone County Detention Center
2121 County Drive
Columbia MO 65202

Dear Mr Jones:

Re:  Certificate of birth:     Marcus Deangelo Jones 7/1/1976

You will need to contact Juvenile Court in Shelby County to obtain a copy of the court order that was used to make changes to your birth certificate.  We do not issue letters stating what a name is changed from.

If you have any questions you can contact me at (615) 532-2654.

Sincerely

Lynn Price

Lynn Price
Office Supervisor 1
Adoption and Legitimation Unit

IN THE JUVENILE COURT OF MEMPHIS AND SHELBY COUNTY, TENNESSEE

Tennessee Department of Human Services
Assignee of    Maggie M. Lee
_____
            Petitioner

                    V.                        Docket No. _____

John L. Jones
_____
            Defendant

### CONSENT ORDER

This cause came on to be heard upon a sworn petition to establish paternity and provide support for

Marcus DeAngelo Lee born July 1, 1976

And it being evident to the Court by the signatures of the parties that they do place themselves before this Honorable Court and acknowledge its jurisdiction and admit the following:

1. That they have been fully advised of their legal rights and that a hearing before the Court is hereby expressly waived.
2. That the defendant is the natural father of said child (ren) and that he is able to pay $10.00 per week toward the support and education of said child (ren) and agrees to pay said amount to the Clerk of this Court, and that the same is agreeable to the petitioner.
3. That they are aware that on this agreement is based the Order of this Court, and that failure to comply herewith, without just cause, places them in contempt of Court and subjects them to such action as the Court deems proper within its jurisdiction.

Having considered the admissions and agreement of the parties, it is the judgment of the Court that the defendant is the natural father of said child (ren).

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED

1. That said child (ren) shall be a legitimate child (ren) of the defendant for purposes of inheritance, support, and all other lawful purposes.
2. That the defendant pay all medical expenses incident to the birth of said child (ren) and that he pay $10.00 per week to the Clerk of this Honorable Court toward the support of said child (ren), the first payment to be made on or about the _2 day of June_, 19_78_.
3. That the name of said child be and is hereby changed to that of the natural father and said child shall henceforth be known as Marcus DeAngelo Jones
4. That John S. Richbourg, the attorney for the petitioner, herein awarded a fee of $50.00 to be paid by the defendant.

This _14th_ day of _June_, 19_78_

                                    _____
                                        Juvenile Court Judge

CONSENTED
Tennessee Department of Human Services
By: _____
            Petitioner

_____
            Defendant

JC-38



RECYCLED PAPER MADE FROM 20% POST CONSUMER CONTENT



AVERY

1          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF MISSOURI
2                  CENTRAL DIVISION

3  UNITED STATES OF AMERICA,      )  Case No. 00-4010-CR-C-SOW
                                  )
4            Plaintiff,           )  Jefferson City, Missouri
                                  )  July 25, 2000
5  v.                             )
                                  )
6                                 )
                                  )
7  MARCUS DEANGELO JONES,         )
                                  )
8            Defendant.           )
                                  )

9                        VOLUME II

10                   TRANSCRIPT OF TRIAL
        BEFORE THE HONORABLE SCOTT O. WRIGHT
11      UNITED STATES DISTRICT JUDGE and A JURY

12

13  APPEARANCES:

14  For the Plaintiff:          Anthony Gonzalez, Esq.
                                AUSA
15                              P.O. Box 117
                                Jefferson City, MO 65101
16                              (573) 634-6144

17  For the Defendant:          Cyril M. Hendricks, Esq.
                                305 E. McCarty St., Ste. 101
18                              Jefferson City, MO  65101
                                (573) 634-7515
19

20  Court Audio Operator:       Ms. Laura Bax

21  Transcribed by:             Rapid Transcript
22                              Lissa C. Whittaker
                                1001 West 65th Street
23                              Kansas City, MO  64113
                                (816) 822-3653
24

25  Proceedings recorded by electronic sound recording,
    transcript produced by transcription service.

Jones - Direct                          II-216

1  Q.  Do you remember what time it was that you purchased that?

2  A.  No.  I just remember it was back in August -- the 16th,

3  18th, something like that.

4  Q.  Okay.  And did you go in there by yourself?

5  A.  Me and my little brother went in there, really, because a

6  lot of times I helped my step-dad move people around, and we

7  helped somebody move in the Georgetown area of Columbia

8  and --

9       MR. GONZALEZ:  Okay.  Judge, I'm going to object as

10  not being responsive.  It was just asked if did he go in

11  alone and he's telling a story.

12       THE COURT:  All right.

13  BY MR. HENDRICKS:

14  Q.  You went into the pawnshop?

15  A.  Yes, sir.

16  Q.  And did you, at that time, fill out an application to

17  purchase the gun?

18  A.  Well, yeah.  I filled it out.  Well, I didn't fill it all

19  the way out, but I filled some parts out and then he told me

20  to leave, he going do a check, and he'll call me and to come

21  back, put down a down payment.

22  Q.  Okay.  I'm going to hand you what the state has

23  previously introduced as -- or the Government has introduced

24  as #4 and show you what is a firearms transaction record.

25  Are you familiar with that document?





1  A.   Yes, sir.

2  Q.   And what is that document?

3  A.   This is the form that I was -- filled half -- I filled

4  out some of here.

5  Q.   Okay.  What part of the document did you fill out?

6  A.  Practically, I filled out like from 1 through, I think

7  there's I or 5I or, I don't know, 5 -- you know or L.

8  Q.   Okay.  Mr. Jones, in this document under 9C it asks if

9  you'd ever been -- well, let me start first.  At the time

10 that you filled this out, where were you residing?

11 A.   229 Sycamore, Fulton, Missouri.

12 Q.   Okay.  And also at the time you filled out that document,

13 there's a question there that asks if you'd ever been

14 convicted of a felony in which you served more than a year or

15 had a penalty of more than a year.  Were you familiar with

16 that question?

17 A.   Yes, sir.

18 Q.   And did you answer that question when you filled it out?

19 A.   I had wrote a cursive yes, and he -- the pawnshop owner

20 looked at me because he had questioned me before I had picked

21 up the form about felonies.  And I told him, well, I had been

22 arrested and been incarcerated in the state of Tennessee.

23 But I pled to some statute were they said I'm not pleading

24 guilty because I'm guilty, but because of the circumstances

25 and the offer that they was offering me.

E-3

Jones - Direct                          II-218

1  Q.   Is that, I mean, is that -- I know no one's familiar with
2  it, but there is such a plea to where you actually enter a
3  plea without actually saying that you're guilty, is that what
4  you're saying?
5  A.   Yes, sir.
6  Q.   And did you understand anything as far as what you would
7  received as punishment for that?
8  A.   Yes, I mean, I had to do a jail sentence, but the jail
9  sentence that I would have normally get for the crime, the
10 state dropped it or -- well, gave me the lowest that they
11 could possibly give me and told me that in like five years
12 from that day, that it could be possible that my record would
13 be wiped clean.
14 Q.   Okay.  Are you, at the time that you filled out that
15 application, did you, were you aware that you had been
16 convicted of a felony?
17 A.   Yeah.
18 Q.   Okay.
19 A.   And I had wrote also in this 9C, it was a cursive yes.
20 Q.   Okay.
21 A.   I did not put this circle there.  That's when he was
22 like, well, you been -- I was like, well, you know, he said
23 I'm just going to run it anyway just to see what happened
24 because I was explaining to him how the plea agreement and
25 stuff went and he said, well, if you've been convicted, it's

E.4   4

1  going to come back when I run it through this nationwide

2  check, it's going to come back that you've been convicted

3  anyway if you've been convicted.  So, I was like, all right,

4  and he said, I'll call you and let you know, so.

5  Q.  Okay.  What Social Security number did you use?

6  A.  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.

7  Q.  Okay.  And is that the one that you'd used previously

8  when you were under the -- using the name of Lee?

9  A. .Yes, sir.

10  Q.  And were you advised what happened as far as that record

11  check was concerned?

12  A.  Yes, sir.

13  Q.  And what happened?  I mean, did they --

14  A.  He called me back on my cellular phone and told me that

15  I'd been approved, that if I want the gun, that I need to

16  come down there because he don't hold it.  He wasn't going to

17  hold it until I had all the money, that if I just come and

18  put a down payment, and as of the down payment, I brung him

19  some items.  And I think like $25 cash and a couple of items.

20  And he was like, okay, now you need to go out fill out an

21  application at the Callaway County Sheriff's Department and

22  see if give you a permit.

23  Q.  Okay.  Did you fill out an application for the Callaway

24  County Sheriff's Department?

25  A.  I don't think I filled it out, but I was talking to a

E-5  5

Jones - Direct                          II-220

1   woman.  I gave the clerk my IDs and was talking to her

2   through a glass.

3   Q.  And did -- you went to the Sheriff's Department and you

4   requested that you be issued a permit.

5   A.  Uh-huh.

6   Q.  And what name did you use on that?

7   A.  Marcus Deangelo Jones.

8   Q.  And did you use the same Social Security number?

9   A.  Yes, sir.

10  Q.  And do you know the result?  Were you issued a permit to

11  have a weapon?

12  A.  Yes, sir.  Because three days -- they told me to come

13  back in like three days, or just call in three days that they

14  would have the results or whatever back from the permit.

15  Q.  And did you go back in three days?

16  A.  Yeah, I called first to see what was going on.

17  Q.  And were you issued the permit?

18  A.  Yes, he told me to bring $10 and pick up my permit.

19  Q.  And did you do that?

20  A.  Yes, sir.

21  Q.  And did you the possession of the gun?

22  A.  Yes, sir.

23  Q.  You had previously been convicted of crimes, is that

24  correct?

25  A.  Yes, sir.



1  possession of it.  A person, although not in actual
2  possession, has both the power and the intention at a given
3  time to exercise dominion or control over a thing, either
4  directly or through another person or persons, is then in
5  constructive possession of it.  If one person alone has
6  actual or constructive possession of a thing, possession is
7  sole.  If two or more persons share actual or constructive
8  possession of a thing, possession is joint.  Whenever the
9  word possession has been used in these instructions, it
10 includes actual as well as constructive possession, and also
11 sole as well as joint possession.  Instruction No. 10.  For
12 you to find the defendant guilty of any count charged, the
13 Government must prove all the essential elements beyond a
14 reasonable doubt as to that count.  Otherwise, you must find
15 the defendant not guilty of that count.  Instruction No.11.
16 You've heard testimony that the defendant made a statement to
17 Ben White of the Columbia Police Department.  It is for you
18 to decide first whether the defendant made the statement, and
19 second, if so, how much weight you should give to it.  In
20 making these two decisions, you should consider all the
21 evidence, including the circumstances under which the
22 statement may have been made.  Instruction No. 12.  The crime
23 of being a felon in possession of a firearm, as charged in
24 Counts I and III of the Indictment, has three essential
25 elements, which are, one, the defendant had been convicted of

E-7      9

1  a crime punishable by imprisonment for a term exceeding one
2  year.  Two, the defendant, therefore, knowingly possessed a
3  firearm, that is a Makarov .9mm pistol.  And three, the
4  firearm was transported across state line at some time prior
5  to the defendant's possession of it.  You're instructed that
6  burglary of a motor vehicle, unlawful possession with intent
7  to sell cocaine, escape from incarceration, unlawful
8  possession of a deadly weapon, and the sale of cocaine are
9  each crimes punishable by imprisonment for more than one
10 year.  If you found beyond a reasonable doubt that the
11 firearm was manufactured in a place other than Missouri, and
12 that the defendant possessed the firearm in the state of
13 Missouri, then you may, but are not required to find that it
14 was transported across the state line.  The term firearm
15 means any weapon, including a starter gun, which will or is
16 designed to or may be readily converted to expel a projectile
17 by the action of explosive.  The term interstate commerce
18 includes the movement of a firearm between any place in one
19 state and any place in another state.  It's not necessary for
20 the Government to prove that the defendant knew that the
21 firearm had been moved in interstate commerce before the
22 defendant possessed it.  Only that he made such movement.
23 Instruction No. 13.  The crime of making a false statement in
24 the acquisition of a firearm, as charged in Count II of the
25 Indictment, has three essential elements, which are, one, the

1

2

3

4

5

6    I certify that the foregoing is a correct
7   transcript from the electronic sound recording of the
    proceeding in the above-entitled matter.

8

9   _____        Jan 15 2001
10   Signature of transcriber                 Date

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


